**Fred Aristotle DAVIS, Jr.,**
**Plaintiff–Appellant,**

v.

**Charlene DAY, Assistant Public Defender, Commonwealth of Virginia; David Hicks, Commonwealth Attorney for Commonwealth of Virginia, Defendants–Appellees.**

No. 01–6176.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Fred Aristotle Davis, Jr., pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Fred Aristotle Davis, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Davis v. Day,* No. CA–00–627–3 (E.D.Va. Jan. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*